BERNHARD ANDERSON, Respondent, *v.* ARTHUR McMULLEN Appellant, Impleaded with Another.

. *Anderson* v. *McMullen*, 145 App. Div. 547, affirmed. . (Argued January 9, 1913; decided January 28, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 11, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*E. Clyde Sherwood* and *Amos H. Stephens* for appellant.

*Bertrand L. Pettigrew* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.